CALDWELL AND WARD BRASS COMPANY, Respondent, *v.*
STATE OF NEW YORK, Appellant.
(Claim No. 24242.)

Argued January 10, 1938; decided January 25, 1938.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden,
Joseph I. Butler* and *John H. Walrath* of counsel], for
appellant.

*John F. Nash* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.